Jason Hitt, USSAC—Office of the US Attorney, Sacramento, CA, for Plaintiff–Appellee.

Alvaro Domarco–Sanchez, LaSalle Detention Facility, Jena, LA, for Defendant–Appellant.

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Alvaro Domarco–Sanchez appeals pro se from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Domarco–Sanchez contends that he is entitled to a sentence reduction under Amendment 782 to the Sentencing Guidelines. We review de novo whether a district court had authority to modify a sentence under section 3582(c)(2). See United States v. Leniear, 574 F.3d 668, 672 (9th Cir. 2009). The district court correctly concluded that Domarco–Sanchez is ineligible for a sentence reduction because Amendment 782 did not lower his applicable sentencing range. See 18 U.S.C. § 3582(c)(2); Leniear, 574 F.3d at 673–74. Because the district court lacked authority to reduce Domarco–Sanchez's sentence, it had no cause to consider the 18 U.S.C. § 3553(a) factors.

See Dillon v. United States, 560 U.S. 817, 826–27, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010).

To the extent that Domarco–Sanchez seeks to challenge his sentence as procedurally erroneous and substantively unreasonable, these claims are not cognizable in a section 3582(c)(2) proceeding. See Dillon, 560 U.S. at 831, 130 S.Ct. 2683 (section 3582(c)(2) does not permit a plenary resentencing proceeding).

**AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Benny K. PANGELINAN,**
**Defendant–Appellant.**

**No. 15–10499**

United States Court of Appeals,
Ninth Circuit.

Submitted July 26, 2016 *

FILED August 01, 2016

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Garth R. Backe, Assistant U.S. Attorney, USNMI—Office of the US Attorney, Saipan, MP, Jessica Friday Cruz, Esquire, Assistant U.S. Attorney, USHA—Office of the U.S. Attorney, Hagatna, GU, for Plaintiff-Appellee.

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Benny Koyama Pangelinan appeals from the revocation of probation and 11–month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Pangelinan's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Pangelinan the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).